IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  94-cr-00321-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES McFRANCIS CRUMB,

    Defendant.

_____

ORDER
_____

    The matter before the Court is a request (Doc. 93) from Defendant James McFrancis Crumb for a copy of an alleged ruling or court order of this Judge or any U.S. District Judge which deals with use of the telephone at the Denver County Jail, contact with the U.S. Attorney's Office, or utilization as a trustee.  The official file in this case has been reviewed carefully, and no such ruling or order can be located. Therefore, it is

    ORDERED that Defendant's request for a copy of an order (Doc. 93), treated as a motion, is denied as moot, because no such ruling or order exists.

    DATED at Denver, Colorado, this   19   day of April, 2006.

                    BY THE COURT:

                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court